IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA v. WILLIAM LEONARD ROSARIO*
*a.k.a. William Rosario, Sr.*

Case No. 3:16-cr-00047-TMB-DMS-2

By: THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:** **ORDER FROM CHAMBERS**

      Having reviewed Magistrate Judge Smith's Initial Report and Recommendation on Defendant's Motion to Suppress (Docket No. 98), in conjunction with the parties' Objections and Responses (Docket Nos. 100 & 107), and the Magistrate's Final Report and Recommendation, (Docket No. 127), the Court hereby adopts and accepts the Final Report and Recommendation in its entirety. Consequently, Defendant's Motion to Suppress, (Docket No. 67), is DENIED.

    **IT IS SO ORDERED.**


Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.


DATE: March 7, 2017